1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   WILLIE WEAVER,                          CASE NO. 1:06-CV-00442-AWI-SMS-P

10                    Plaintiff,            ORDER DISMISSING ACTION, WITH
                                            PREJUDICE, AS DUPLICATIVE OF CASE
11       v.                                 NUMBER 1:06-CV-00429-AWI-SMS-P

12   CALIFORNIA CORRECTIONAL                (Doc. 1)
     INSTITUTION CONFINEMENT
13   SHU, et al.,

14                    Defendants.
                                  /
15

16       Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights

17   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 17, 2006, and neither paid

18   the filing fee in full nor filed an application to proceed in forma pauperis.  On June 14, 2006,

19   plaintiff was ordered to file an application to proceed in forma pauperis or pay the $350.00 filing fee

20   in full within thirty days.  After plaintiff failed to comply with or otherwise respond to the Court's

21   order, the Court issued a Findings and Recommendations recommending dismissal of this action.

22   Plaintiff filed objections and an application to proceed in forma pauperis on August 11, 2006.

23   Plaintiff's application to proceed in forma pauperis is incomplete, as it lacks a prison official's

24   signature and lacks a certified copy of plaintiff's trust account statement.

25       In reviewing plaintiff's complaint, the Court has determined that it is duplicative of case

26   number 1:06-CV-00429-AWI-SMS-P Weaver v. California Correctional Institution Confinement

27   SHU, which was filed on April 14, 2006, and dismissed on September 13, 2006, for failure to state

28   a claim and frivolity.  In light of the fact that this action is duplicative of a previously filed action,

1

1    rather than address the Findings and Recommendations and Objection thereto, this action is

2    HEREBY DISMISSED, with prejudice, as duplicative.

3

4    IT IS SO ORDERED.

5    **Dated:    September 28, 2006               /s/ Anthony W. Ishii**

6    0m8i78                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28